FILED

AUG 13 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____S. ARELLANO_____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 1:94-MJ-02339-DLB |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| BRETT CHRISTOPHER KNIGHT, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been released on his own recognizance on Tuesday, August 13, 2013:

IT IS HEREBY ORDERED that the defendant shall be released from custody forthwith. The defendant is ordered to appear in Courtroom 9 of the U.S. District Court, 2500 Tulare Street, Fresno, California on Tuesday, August 27, 2013 at 2:30 p.m.

DATED: August 13, 2013

STANLEY A. BOONE
UNITED STATES MAGISTRATE JUDGE

1